ORIGINAL

FILED

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0484

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0484

CLARK FORK COALITION, ROCK CREEK
ALLIANCE, EARTHWORKS, AND MONTANA
ENVIRONMENTAL INFORMATION CENTER,

Petitioners and Appellees,

v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION, and
RC RESOURCES, INC.,

Respondents and Appellants.

**FILED**

MAY 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, July 15, 2020, at 9:30 a.m. in the Courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellants and thirty (30) minutes for the Appellees.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

DATED this 15th day of May, 2020.

For the Court,

By _____
Chief Justice